# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

It appearing that the Hon. Matthew F. Kennelly is presiding over a consolidated pretrial
proceeding as provided for by Internal Operating Procedure 13(e), and that the cases listed below fall within the scope of that proceeding; therefore

It is hereby ordered that the cases listed below list are hereby consolidated for pretrial coordination proceedings in 14 C 1748, *in re AbbVie, Inc., et al.*, presided over by the Hon. Matthew F, Kennelly.

It is further ordered that Magistrate Judge Maria Valdez shall be the designated magistrate judge in these cases.

It is further ordered that these cases shall remain pending on the calendars of the judges to whom they are currently assigned, and that an order be entered in each case by Judge Kennelly at such time as coordinated pretrial proceedings have concluded.

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE**

_____
Rubén Castillo, Chief Judge

Dated at Chicago, Illinois this 18th day of April, 2014.

Cases Included in Consolidated Pretrial Proceeding 14 CV 1748, *in re AbbVie, Inc., et al.*

| Case Number | Case Title | Judge |
| --- | --- | --- |
| 14 C 1726 | Dula v. AbbVie, Inc. et al | Lefkow |
| 14 C 1826 | LaRoche v. AbbVie, Inc. et al | Holderman |
| 14 C 2085 | George v. AbbVie Inc. et al | Dow |
| 14 C 2140 | Lueck v. AbbVie, Inc. et al | Leinenweber |
| 14 C 2221 | Emmons v. AbbVie, Inc., et al | Coleman |
| 14 C 2227 | Darby et al v. AbbVie, Inc. et al | Feinerman |
| 14 C 2394 | Parker v. AbbVie, Inc. et al | Chang |
| 14 C 2405 | Deforest v. Abbott Laboratories | Durkin |
| 14 C 2406 | Covey v. AbbVie, Inc., et al | Dow |
| 14 C 2495 | Ott v. AbbVie, Inc. et al. | Lee |
| 14 C 2611 | Lane v. AbbVie, Inc., et al | Zagel |
| 14 C 2612 | Kanady v. AbbVie, Inc., et al. | Holderman |
| 14 C 2613 | Cole v. Abbvie, Inc., et al. | Pallmeyer |
| 14 C 2629 | Udovich v. Abbvie, Inc., et al. | Norgle |
| 14 C 2633 | Pointer v. Abbvie, Inc., et al. | Gettleman |
| 14 C 2729 | Ousley v. AbbVie, Inc., et al. | Kocoras |
| 14 C 2774 | Davis v. AbbVie, Inc., et al. | Lee |